UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT JOSEPH LUMPKIN, JR,

    Plaintiff,

  v.

SCORE JAIL DISCIPLINARY COMMITTEE, et al.,

    Defendants.

Case No. C23-1092RSL

ORDER TO SHOW CAUSE

On October 3, 2023, the Honorable Michelle L. Peterson, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter, Dkt. # 6.  The Order was mailed to plaintiff, but was returned unopened on October 17, 2023, Dkt. # 7, as plaintiff apparently no longer resides at the address on file with the Court. The Clerk of Court is directed to strike the Report and Recommendation from the Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for December 22, 2023.   If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

    DATED this 23rd day of October, 2023.

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 1